AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 8:14-cv-02341-SDM-EAJ   Document 11-1   Filed 01/14/15   Page 1 of 2 PageID 76

# UNITED STATES DISTRICT COURT
## for the District of Middle Florida

| MALIBU MEDIA, LLC<br>*Plaintiff*<br><br>v.<br><br>John Doe subscriber assigned to IP address 72.184.248.129,<br><br>*Defendant.* | Civil Action No: 8:14-cv-02341-SDM-EAJ |
|---|---|

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Bright House Networks Online Service
@ Neustar Legal Compliance
46000 Center Oak Plaza
Sterling, VA 20168
Facsimile: (571) 434-3401

[X] *Production*: YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Please produce documents identifying the name, address, and telephone number of the defendant John Doe listed in the below chart:

| IP Address | Date/Time UTC |
|---|---|
| 72.184.248.129 | 07/27/2014 00:41:28 |

| Place: Lipscomb, Eisenberg & Baker, PL<br>2 South Biscayne Boulevard<br>Ste. 3800<br>Miami, FL 33131 | Date and Time:<br>January 16, 2015 @ 9:30 a.m. |
|---|---|

[ ] *Inspection of Premises*: YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|



EXHIBIT A

12/02/2014   14:31 Alejandra Albuerne                    (FAX)                                    P.003/024

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 12/2/14

CLERK OF COURT

OR

_____          _____
Signature of Clerk or Deputy Clerk           Auughey Wste Bjture

The name, address, e-mail, and telephone number of the attorney representing Plaintiff, who issues or requests this subpoena, are: